**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-MC-00152-MOC-SCR**

IN RE: REQUEST FOR JUDICIAL ASSISTANCE )
FROM THE FAMILY COURT NO. 1 )
OF TIGRE, ARGENTINA IN *MARIA DANIELA* )
*ESNAOLA V. ROBERTO DARIO CARRARO*, )
REF. NO. 1751/23 )

**ORDER**

WHEREAS, the United States, by its counsel, on behalf of the Family Court No. 1 of Tigre, Argentina, in *Maria Daniela Esnaola v. Roberto Dario Carraro*, Foreign Reference Number 1751/23, through its Application pursuant to 28 U.S.C. § 1782, is seeking to obtain certain information from Wells Fargo, for use in connection with a judicial proceeding in the Family Court No. 1 of Tigre, Argentina; and

WHEREAS, upon review of the Letter of Request issued by the Family Court No. 1 of Tigre, Argentina, pursuant to a Letter of Request issued in connection with a civil matter pending in Argentina captioned *Maria Daniela Esnaola v. Roberto Dario Carraro*, Foreign Reference Number 1751/23, seeking evidence from individuals or entities who may be found within the jurisdiction of this Court for use in said judicial proceedings in Argentina, and the Court being fully informed in the premises.

NOW THEREFORE, it is ORDERED AND ADJUDGED, pursuant to the authority contained in Title 28, United States Code Section 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure that James B. Gatehouse, Assistant United States Attorney for the Western District of North Carolina, hereby is appointed Commissioner of this Court, to obtain by subpoena the requested evidence from Wells Fargo Bank for transmission to the Office of International

Judicial Assistance, United States Department of Justice, for transmission to the Family Court No. 1 of Tigre, Argentina, pursuant to a Letter of Request issued in connection with a civil matter pending in Argentina, captioned *Maria Daniela Esnaola v. Roberto Dario Carraro*, Foreign Reference Number 1751/23, and to do all else that may be necessary for the accomplishment of the purpose of this Order.

IT IS FURTHER ORDERED that the United States Attorney's Office shall provide Wells Fargo in Charlotte, North Carolina, with a copy of this Order and the accompanying documents.

**SO ORDERED**.

Signed: September 13, 2023

_____
Susan C. Rodriguez
United States Magistrate Judge